UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK K. SIDWELL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. (14-702)<br><br>**REPORT AND RECOMMENDATION** |

　　　　Jack K. Sidwell filed a complaint appealing the denial of his benefits application. Dkt. 3. On October 4, 2014, the parties filed a stipulated motion, Dkt. 24, in which they agree:

　　　　(1)　　The Court should reverse and remand the case for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

　　　　(2)　　On remand, the Administrative Law Judge (ALJ) will give Plaintiff an opportunity for a hearing and obtain additional evidence.  The ALJ will further evaluate the medical evidence in the record and re-assess the medically determinable impairments.  In so doing, the ALJ will consider the provisions of Social Security Ruling 13-2p.  The ALJ will further evaluate the treating and non-treating source opinions, and re-assess Plaintiff's residual functional capacity.  If warranted, the ALJ will obtain evidence from a medical expert to clarify

REPORT AND RECOMMENDATION - 1

the nature and severity of Plaintiff's impairments.

    (3)    Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

Having reviewed the motion and record the Court recommends the stipulated motion to reverse and remand be granted immediately.

DATED this 5th day of December, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2