UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACK K. SIDWELL,<br><br>                             Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                             Defendant. | Case No. C14-702 MJP<br><br>**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS** |

The Court having considered the Report and Recommendation, the stipulated motion, and the record, GRANTS the motion, Dkt. 24, and ORDERS:

(1) The Commissioner's final decision is reversed and the case is remanded for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

(2) On remand, the Administrative Law Judge (ALJ) will give Plaintiff an opportunity for a hearing and obtain additional evidence. The ALJ will further evaluate the medical evidence in the record and re-assess the medically determinable impairments. In so doing, the ALJ will consider the provisions of Social Security Ruling 13-2p. The ALJ will further evaluate the treating and non-treating source opinions, and re-assess Plaintiff's residual functional capacity. If warranted, the ALJ will obtain evidence from a medical expert to clarify the nature and severity of Plaintiff's impairments.

(3) Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 8th day of December, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER REVERSING AND REMANDING FOR FURTHER
PROCEEDINGS - 2